UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

TODD YOHE, :
:
    Petitioner :
:
v. : CIVIL NO. 3:CV-13-1599
:
VINCENT MOONEY, et al., : (Judge Kosik)
:
    Respondents :

## ORDER

**AND NOW, THIS 28TH DAY OF APRIL, 2016,** upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the foregoing Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The amended petition for writ of habeas corpus (Doc. 12) is **denied**.

2. Petitioner's motion to expedite a decision on the petition (Doc. 28) is **denied as moot.**

3. The Clerk of Court is directed to mark this matter **closed**.

4. There is no basis for the issuance of a certificate of appealability.

                                                s/Edwin M. Kosik
                                                EDWIN M. KOSIK
                                                United States District Judge