# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD YOHE, | : | No.: 3:13-CV-1599 |
| Petitioner, | : | (Judge Brann) |
| v. | : | |
| | : | (Chief Magistrate Judge Schwab) |
| SCI COAL TOWNSHIP, *et. al.,* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of January 2018, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan E. Schwab's Report and Recommendation, December 1, 2017, ECF No. 41, is ADOPTED in full.

2. Petitioner's Motion to Brief and Reopen Case, May 22, 2017, ECF No. 39, is DENIED.

3. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge